**Texas Department of Transportation**

125 EAST 11TH STREET, AUSTIN, TEXAS 78701-2483 | 512.463.8630 | WWW.TXDOT.GOV

February 28, 2020

Willbert Hopkins, Jr.
213 Miller Drive
Utica, MS 39175

COPY

Re: GCD No. 45058
    Cause No. 2:20-cv-00039-JRG
    Marshall Division County
    Plaintiff: Jacob L Radney
    Defendant: Willbert Hopkins, Jr.

Dear Sir/Madam:

In compliance with the Texas long-arm statute, Texas Civil Practice and Remedies Code, Chapter 17, Subchapter D, the Chair of the Texas Transportation Commission was duly served with the enclosed Citation and Plaintiff's Original Complaint on February 27, 2020.

This agency's only role in the process is to serve as an out-of-state defendant's agent for service of process. We are unable to answer any questions or respond to correspondence regarding this lawsuit. All questions or concerns should be addressed to the attorney noted below.

General Counsel Division

Enclosures

cc: Jimmy M. Negem, Sr.
    Attorney at Law
    1828 E SE Loop 323, Suite R - 1A
    Tyler, TX 75701-4000
    Telephone (903) 595 4466

U.S. Certified Mail No. 7016 2140 0000 3225 7732
Return Receipt Requested