

Jimmy@Negemlaw.com

# The State of Texas
### Secretary of State

2020-315062-1

I, the undersigned, as Secretary of State of the State of Texas, DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons and Plaintiff's Original Complaint in the cause styled:

Jacob L Radney VS Holmes Company of Jackson, Inc and Wilbert Hopkins Jr
United States District Court Eastern District of Texas Marshall Division
Cause No: 220CV00039JRG

was received by this office on February 26, 2020, and that a copy was forwarded on March 6, 2020, by CERTIFIED MAIL, return receipt requested to:

Holmes Company of Jackson, Inc.
c/o Jack Holmes, Registered Agent
535 Old Highway 49 S
PO Box 180549
Richland, MS 39218

As of this date, no response has been received in this office.



Date issued: May 6, 2020

_____
Ruth R. Hughs
Secretary of State
GF/mr